Opinion issued January 31, 2011.

 

 



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-09-00884-CV

____________

 








JAMES PARTSCH GALVAN, Appellant

 

V.

 

HARRIS COUNTY, on Behalf of
Itself and on Behalf of The HARRIS COUNTY EDUCATION DEPARTMENT, The Port of
Houston Authority of Harris County, The Harris County Flood Control District,
The Harris County Hospital District, City of Houston, Houston Independent School
District, Harris County Education District, and Houston Community College
System, AND DOROTHY F. MEYER,
Appellees

 

 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2007-59203

 

 

 



MEMORANDUM OPINION








Appellant, James Partsch Galvan,
attempts to appeal from the trial court’s order granting partial summary
judgment in favor of appellee, Dorothy F. Meyer.  We dismiss as moot.

With few
exceptions, an appeal may only be taken from a final judgment. Lehmann v. Har-Con Corp., 39 S.W.3d 191,
195 (Tex. 2001).  On January 28, 2010,
the trial court signed a final judgment in the above-referenced case.  On March 15, 2010, however, the trial court
granted a motion for new trial and reinstated the case.  The granting of a motion for new trial
restores the case to its position before the former trial. See Wilkins v. Methodist Health Care Sys., 160 S.W.3d 559, 563
(Tex. 2005).  The appeal is rendered moot
by the order granting a new trial. 

Accordingly,
we dismiss the appeal as moot. See Tex. R. App P. 43.2(f).  In addition, we dismiss any pending motions as
moot.

We direct
the Clerk to issue the mandate within 10 days of the date of this opinion. See Tex.
R. App. P. 18.1.

PER CURIAM

 

Panel consists of Justices Keyes, Sharp, and
Massengale.